UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

NAMCO LIMITED & NAMCO AMERICA INC.,          :

        Plaintiffs,                                 :

        -against-                                  :

WESLEY E. WESTON PKA LIL' FLIP, NICHOLAUS    :
LOFTIN PKA NICK FURY, SONY MUSIC
ENTERTAINMENT, INC., SUCKA FREE RECORDS,     :
INC., LUCKY PUBLISHING COMPANY & NEJE
PUBLISHING,                                  :

        Defendants.                                 :

------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/24/05

04 Civ. 5164 (DLC) (AJP)

**ORDER OF DISMISSAL ON CONSENT**

**ANDREW J. PECK, United States Chief Magistrate Judge:**

Based on the settlement agreement reached by all parties and transcribed by the court reporter on February 24, 2005, and on the stipulation of the parties pursuant to 28 U.S.C. §636(c), IT IS HEREBY ORDERED THAT this action is dismissed with prejudice and without costs, provided, however, that the Court retains jurisdiction for 30 days pursuant to the terms of the parties' settlement agreement.

    SO ORDERED.

DATED:    New York, New York
             February 24, 2005

                                      Andrew J. Peck
                                      United States Chief Magistrate Judge

Copies **by fax & ECF** to:    Seth A. Levine, Esq.
                              Cynthia S. Arato, Esq.
                              Robert S. Meloni, Esq.
                              Judge Denise L. Cote